IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL A. TEAGUE,

    Plaintiff,

  v.

DOCTOR HOFFMAN
AND NURSE STECKER,

    Defendants.

Case No.  18-cv-126-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |